**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 14401 |
| Margaret E Weed, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on December 2, 2021, at 1:30 p.m. I shall appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion to modify plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276. Password – 433658. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

      The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on November 10, 2021.

/s/ *Megan Swenson*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625
mswenson@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-14401<br>Northern District of Illinois<br>Eastern Division<br>Wed Nov 10 09:31:34 CST 2021 | Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Ability Recovery Servi<br>PO BOX 4031<br>WYOMING, PA 18644-0031 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Ally Financial<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Arnold Scott Harris<br>111 W. Jackson # 600<br>Chicago, IL 60604-3517 | Bank Of Missouri<br>18 W Ste Maries St<br>Perryville, MO 63775-1347 |
| Bank Of Missouri<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 | Brown, Robert<br>12845 S. Ada St 2W Calumet Park<br>Riverdale Illinois 60827 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| City Of Chicago Department Of Finance<br>223 W Jackson Blvd Ste 512<br>C/O TALAN & KTSANES<br>Chicago, IL 60606-6904 | City Of Chicago Parking<br>121 N. Lasalle St # 107a<br>Chicago, IL 60602-1232 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste 600<br>Chicago, IL 60604-3517 |
| Comcast<br>P.O. Box 301<br>Southeastern, PA 19399 | Credit One Bank Na<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | Fedloan<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| Fincntrl Svc<br>P O Box 668 N114 W19225 Clinton<br>Germantown, WI 53022-0668 | First Premier Bank<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding, Llc C/O Resurgent Capital Serv<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | PRINCEPARKER<br>8625 Crown Crescent Ct # 200<br>Charlotte, NC 28227-6795 |
| (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | Portfolio Recov Assoc<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502-4952 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Premier Bankcard, Llc<br>P.O. Box 7999<br>C/O Jefferson Capital Systems, Llc<br>Saint Cloud, MN 56302-7999 |

```
(p)T MOBILE                             Tbom/Fgtal Crd                          nicor gas
C O AMERICAN INFOSOURCE LP              5109 S Broadband Lane                   po box 549
4515 N SANTA FE AVE                     Sioux Falls, SD 57108-2208              aurora,il 60507-0549
OKLAHOMA CITY OK 73118-7901


Elizabeth Placek                        Margaret E Weed                         Marilyn O Marshall
The Semrad Law Firm, LLC                12845 S. Ada St    2W                   224 South Michigan Ste 800
20 S. Clark                             Calumet Park, IL 60827-6432             Chicago, IL 60604-2503
28th Floor
Chicago, IL 60603-1811


Michael A Miller                        Patrick Semrad                          Patrick S Layng
The Semrad Law Firm, LLC                The Semrad Law Firm, LLC                Office of the U.S. Trustee, Region 11
20 S. Clark, 28th Floor                 20 S. Clark St, 28th Floor              219 S Dearborn St
Chicago, IL 60603-1811                  Chicago, IL 60603-1811                  Room 873
                                                                                Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Pendrick Capital Partners II, LLC       (d)Pendrick Capital Partners, LLC       Portfolio Recovery Associates, LLC
PO Box 141419                           Peritus Portfolio Services II, LLC      c/o Capital One Bank (usa), N.a.
Irving, TX 75014                        PO BOX 141419                           POB 41067
                                        IRVING, TX  75014-1419                  Norfolk VA 23541


T-Mobile                                End of Label Matrix
12920 SE 38TH STRE                      Mailable recipients    38
BELLEVUE, WA 98006                      Bypassed recipients     0
                                        Total                  38
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 14401 |
| Margaret E Weed, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Margaret E Weed, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On July 23, 2020, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On October 15, 2020, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $375.00 monthly for 36 months.

5. Debtor's confirmed Chapter 13 plan requires the Debtor on or before April 20th of the year following the filing of the case and each year thereafter to submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor is required to tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee.

6. Debtor has filed her 2020 Federal Income Tax Returns and received a Tax Refund in the amount of $6,382.00.

7. Debtor is required to tender $5,182.00 from her Tax Refund to the Trustee.

8. That Debtor was behind on her rent and had received a notice eviction if the past due rent was not paid. Please see attached Exhibit A.

9. Debtor used her Tax Refund to cure the default to her landlord, to avoid eviction. Please see attached Exhibit B.

10. Debtor can move forward with the plan if the 2020 Tax Refund is deferred to the end of the plan.

11. Debtor respectfully requests this Honorable Court defer the 2020 Tax Refund to the end of the plan of reorganization.

12. Debtor is in a position to proceed with the instant case.

13. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the 2020 Tax Refund to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Megan Swenson*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor

Chicago, IL 60603
312-913-0625